IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30242
Summary Calendar
_____


DARRELL J. GUILLOT,

                                        Plaintiff,

        versus


BELLSOUTH TELECOMMUNICATIONS, INC.,

                                        Defendant-Appellee,

        versus

KAREN DEVILLE,

                                        Defendant-Appellant.



_____

Appeal from the United States District Court for the
Western District of Louisiana
(94-CV-2370)

_____

October 9, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.[*]

PER CURIAM:

        Having reviewed the briefs and record, we conclude,

essentially for the reasons stated in the district court's well

_____

        [*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

considered February 15, 1996, memorandum opinion, that summary judgment was properly granted for appellee-defendant Bellsouth Telecommunications, Inc. dismissing the severed Title VII claim against it of appellant-cross-claimant Karen Deville.  The district court's judgment is accordingly

AFFIRMED.